IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JERMARAE HERBERT,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23-CV-00483-TES-CHW |
| Warden **TARMARSHE SMITH**, et al., | ) |
| Defendants. | ) |

### ORDER TO PRODUCE STATE PRISONER
### FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
      ATTENTION:  RHONDA TILLMAN
      GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner

**JERMARAE RASHAWN HERBERT, GDC0001285569,** presently incarcerated at the Macon State Prison, Georgia, for in the above-styled proceeding beginning at **3:30 p.m.** on the **10th day of November, 2025,** before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 24th day of October, 2025.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT