IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERMARAE HERBERT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23-CV-00483-TES-CHW |
| Warden TARMARSHE SMITH, et al., | ) |
| Defendants. | ) |

## ORDER TO PRODUCE STATE PRISONER
## FOR JURY TRIAL

TO:   RELEASES AND AGREEMENTS
      ATTENTION:  RHONDA TILLMAN
      GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **JERMARAE RASHAWN HERBERT, GDC0001285569,** presently incarcerated at the Macon State Prison, Georgia, for in the above-styled proceeding beginning at **9:00 a.m. on the 4th day of December, 2025,** before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 24th day of October, 2025.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT